UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
IN THE SOUTHERN DIVISION

MONIQUE GRIMES, as Personal
Representative of the Estate of
DAMON GRIMES, Deceased,

    Plaintiff,

v

TROOPER MARK BESSNER and
TROOPER JOHN DOE,
Individually,

    Defendants.

Case No. 17-cv-12860
Hon. Gershwin A. Drain

---

GEOFFREY N. FIEGER (P30441)
JAMES J. HARRINGTON IV (P65351)
GINA U. PUZZUOLI (P37992)
DANIELLE L. DEZBOR (P79488)
Fieger, Fieger, Kenney & Harrington, P.C.
Attorneys for Plaintiff
19390 West 10 Mile Road
Southfield, MI 48075
(248) 355-5555

---

**INDEX OF EXHIBITS TO
PLAINTIFF'S EMERGENCY MOTION TO PRESERVE ALL EVIDENCE
AND TO PRODUCE ALL EVIDENCE FOR A REASONABLE RATE AND
WITHIN A REASONABLE TIME PERIOD DIRECTED TO THE CITY OF
DETROIT, DETROIT POLICE DEPARTMENT, STATE OF MICHIGAN,
MICHIGAN STATE POLICE, ALL EMPLOYEES OF THE SAME AND
FORMER TROOPER MARK BESSNER**

| Exhibit | Description |
|---------|-------------|
| A | Preservations and Freedom of Information Act Request Letters |
| B | Michigan State Police FOIA Response |
| C | City of Detroit FOIA Response |
| D | Detroit Free Press Article 10/3/17 |
| E | Process Server's Notes |