UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
IN THE SOUTHERN DIVISION

MONIQUE GRIMES, as Personal
Representative of the Estate of
DAMON GRIMES, Deceased,

  Plaintiff,
v

TROOPER MARK BESSNER and
TROOPER JOHN DOE,
Individually,

  Defendants.

Case No. 17-cv-12860
Hon. Gershwin A. Drain

---

GEOFFREY N. FIEGER (P30441)
JAMES J. HARRINGTON IV (P65351)
GINA U. PUZZUOLI (P37992)
DANIELLE L. DEZBOR (P79488)
Fieger, Fieger, Kenney & Harrington, P.C.
Attorneys for Plaintiff
19390 West 10 Mile Road
Southfield, MI 48075
(248) 355-5555

---

## INDEX OF EXHIBITS TO
## PLAINTIFF'S EMERGENCY MOTION REQUESTING
## AN IMMEDIATE EVIDENTIARY HEARING
## REGARDING DESTRUCTION OF EVIDENCE

| Exhibit | Description |
| --- | --- |
| A | Preservations and Freedom of Information Act Request Letters |
| B | Michigan State Police FOIA Response |
| C | City of Detroit FOIA Response |
| D | Detroit Free Press Article 10/3/17 |
| E | Process Server's Notes |

{00426391.DOCX}