*Monique Grimes v. Trooper Mark Bessner and Trooper John Doe*
**USDC-ED of Mich No. 2:17-cv-12860; Judge Gershwin A. Drain**

# INDEX OF EXHIBITS

**Exhibit 1** ...................................................................10/4/17 Subpoenas

**Exhibit 2** ..............................................................Zarotney Affidavit

**Exhibit 3** ..................................................................Penney Affidavit

**Exhibit 4** ..........................................................*Flagg v. City of Detroit*