## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## IN THE SOUTHERN DIVISION

MONIQUE GRIMES, as Personal
Representative of the Estate of
DAMON GRIMES, Deceased,

    Plaintiff,

v                                                  Case No. 17-cv-12860
                                                   Hon. Gershwin A. Drain

TROOPER MARK BESSNER and
TROOPER JOHN DOE,
Individually,

    Defendants.

| | |
|---|---|
| GEOFFREY N. FIEGER (P30441) | MARK E. DONNELLY (P39281) |
| JAMES J. HARRINGTON, IV (P65351) | JOSEPH T. FROEHLICH (P71887) |
| GINA U. PUZZUOLI (P37992) | JOHN F. FEDYNSKY (P65232) |
| DANIELLE L. DEZBOR (P79488) | Assistant Attorneys General |
| Fieger, Fieger, Kenney & Harrington, P.C. | Attorneys for SOM and MSP |
| Attorneys for Plaintiff | Civil Litigation, Employment & |
| 19390 West 10 Mile Road | Elections Division |
| Southfield, MI 48075 | P.O. Box 30736 |
| (248) 355-5555 | Lansing, MI 48909 |
| | (517) 373-6434 |
| MICHAEL M. MULLER (P38070) | |
| Senior Assistant Corporation Counsel | |
| City of Detroit Law Dept. | |
| 2 Woodward Ave., Ste 500 | |
| Detroit, MI 48226 | |
| (313) 237-5052 | |

## INDEX OF EXHIBITS TO
## PLAINTIFF'S BRIEF IN SUPPORT OF ENTRY OF PLAINTIFF'S
## PROPOSED PRESERVATION ORDER

{00439651.DOCX}

| **EXHIBIT** | **DESCRIPTION** |
|---|---|
| A | Plaintiff's Proposed Order |
| B | City of Detroit Email |
| C | Attorney General Response |
| D | Sample Order |