# EXHIBIT A



STATE OF MICHIGAN
DEPARTMENT OF STATE POLICE
LANSING

RICK SNYDER
GOVERNOR

COL. KRISTE KIBBEY ETUE
DIRECTOR

*17832*

**RECEIVED**

SEP 29 2017

Fieger Law

September 27, 2017

GINA PUZZUOLI
FIEGER FIEGER KENNEY HARRINGTON
19390 WEST TEN MILE RD
SOUTHFIELD, MI 48075

Subject: CR-20047063; 17832; GRIMES, DAMON

Dear GINA PUZZUOLI:

This notice is issued in response to your request received 09/06/2017, asking for information under the Freedom of Information Act (FOIA), MCL 15.231, *et seq*.

Your request is granted as to existing, non-exempt records in the possession of the Michigan State Police that fall within the scope of your request. To process your request, the Department estimates a FOIA processing fee of $5,331.20 to search for, retrieve, review, examine, and separate exempt material, if any. You may pay the deposit online at www.michigan.gov/mspfoiapayments using a credit card or check in the amount of $2,665.60 to cover the required deposit of the estimated processing fee. You will need to provide your name and the reference number listed above to utilize the online payment option. Please note there is a $2.00 processing fee for using this service. If you prefer, you can submit a check or money order made payable to the STATE OF MICHIGAN and mail to P.O. Box 30266, Lansing, MI 48909. To ensure proper credit, please enclose a copy of this letter with your payment.

Upon receipt of the deposit, the Department will complete the processing of your request. You will be notified of the balance due before mailing of the records, and of the statutory basis for the exemption of any records or portions of records, and of your statutory remedial rights, if applicable. The Department estimates a processing time of 90 business days after receipt of payment.

Under the FOIA Section 10a (a copy of which is enclosed), you have the right to appeal the fee to the head of this public body.

If you have any questions concerning this matter, please feel free to contact our office at 517-241-1934 or email MSP-FOI@michigan.gov. You may also write to us at the address listed below and enclose a copy of this letter.

To review a copy of the Department's written public summary, procedures and guidelines, go to www.michigan.gov/msp.

Sincerely,

BETHANY GOODWIN
Freedom of Information Unit
Michigan State Police

# STATE OF MICHIGAN FREEDOM OF INFORMATION ACT
# FEE CALCULATION FORM

File Number: CR-20047063        Requestor Name: GINA PUZZUOLI

## Estimated Costs

| | Hourly Rate | Hours | Total |
|---|---|---|---|
| **Labor (Search, Locate, Examine)*** | | | |
| EXEC. SECRETARY 10 | $ 37.71 / hr | 8 hrs | $ 301.68 |
| | | | |
| **Labor (Separate/Delete)*** | Hourly Rate | Hours | Total |
| ASST. FOIA COORDINATOR | $ 28.53 / hr | 167.50 hrs | $ 4778.78 |
| | | | |
| **Labor (Contractor)**** | Hourly Rate | Hours | Total |

| | Unit Cost | Units | Total |
|---|---|---|---|
| **Nonpaper Physical Media** | | | |
| CD | $ 2.91 / un | 1 | $ 2.91 |
| DVD | $ 3.06 / un | 13 | $ 39.78 |
| | | | |
| **Paper Copies** | Unit Cost | Units | Total |
| DOUBLE SIDED PAPER COPIES | $ 0.05 / un | 2775 | $ 138.75 |

| | Hourly Rate | Hours | Total |
|---|---|---|---|
| **Labor (Duplication)*** | | | |
| GENERAL OFFICE ASSISTANT | $ 0.38 / hr | 69.38 hrs | $ 26.36 |

| | | | Total |
|---|---|---|---|
| **Indigent Waiver**** | | | |

| | Unit Cost | Units | Total |
|---|---|---|---|
| **Other Fees** | | | |
| UD-10 | $ 10.00 / un | 1 | $ 10.00 |

| | Cost | | Total |
|---|---|---|---|
| **Mailing** | | | |
| MAILING | $ 12.17 | 1 | $ 12.17 |
| MAILING | $ 11.36 | 1 | $ 11.36 |
| MAILING | $ 9.41 | 1 | $ 9.41 |

| | | |
|---|---|---|
| Estimated Total: | | $ 5331.20 |
| 50% Deposit: | | $ 2665.60 |
| Applied Payments: | | $ 0.00 |
| **Total Deposit Due:**** | | **$ 2665.60** |

---

Part or all of the documents requested are available online at:

Cost to provide the online documents in paper form is $_____. If you prefer to have these documents mailed, please forward payment and a copy of this form to the Agency for processing. This will result in a new request.

Return a copy of this fee calculation with your payment to ensure proper credit. Make check or money order payable to STATE OF MICHIGAN.

*Costs include hourly wage and an additional 50% to partially cover the cost of fringe benefits.
**Actual cost does not exceed 6x the state minimum hourly wage
***Must provide proof of indigence.
****Once payment is received, the Department will process your request.