# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# IN THE SOUTHERN DIVISION

MONIQUE GRIMES, as Personal
Representative of the Estate of
DAMON GRIMES, Deceased,

    Plaintiff,

v

TROOPER MARK BESSNER and
TROOPER JOHN DOE,
Individually,

    Defendants.

Case No. 17-cv-12860
Hon. Gershwin A. Drain

---

| | |
|---|---|
| GEOFFREY N. FIEGER (P30441) | MARK E. DONNELLY (P39281) |
| JAMES J. HARRINGTON, IV (P65351) | JOSEPH T. FROEHLICH (P71887) |
| GINA U. PUZZUOLI (P37992) | JOHN G. FEDYNSKY (P65232) |
| DANIELLE L. DEZBOR (P79488) | Assistant Attorneys General |
| Fieger, Fieger, Kenney & Harrington, P.C. | Attorneys for SOM and MSP |
| Attorneys for Plaintiff | Civil Litigation, Employment & |
| 19390 West 10 Mile Road | Elections Division |
| Southfield, MI 48075 | P.O. Box 30736 |
| (248) 355-5555 | Lansing, MI 48909 |
| | (517) 373-6434 |
| MICHAEL M. MULLER (P38070) | |
| Senior Assistant Corporation Counsel City | |
| of Detroit Law Dept. | |
| 2 Woodward Ave., Ste 500 | |
| Detroit, MI 48226 | |
| (313) 237-5052 | |

---

## ORDER TO PRESERVE EVIDENCE

This matter having come before the Court on Plaintiff's motion and the Court being otherwise fully advised in the premises and having ruled on the record on October 27, 2017;

IT IS HEREBY ORDERED that the State of Michigan, the Michigan State Police, the City of Detroit and the Detroit Police Department, together with their officers, agents, employees, independent contractors and/or servants shall preserve all of the evidence in any way relating to the incident and/or the death of DAMON GRIMES.

IT IS FURTHER ORDERED that before the State of Michigan, the Michigan State Police and the City of Detroit, with their officers, agents, employees, independent contractors and/or servants conduct any destructive testing on any of the evidence related to this incident and/or the death of DAMON GRIMES, they will provide Plaintiff's counsel with seven (7) days written notice.

IT IS FURTHER ORDERED that any such notice provided shall remain confidential until the conclusion of any related criminal investigation and/or criminal proceedings.

IT IS FURTHER ORDERED that to the extent that any counsel intends to file any document relating to any notice contemplated under this order, that such filing be made under seal.

**IT IS SO ORDERED.**

*This is not the final order and does not resolve the claims.*

/s/Gershwin A Drain
DISTRICT COURT JUDGE

{00444866.DOCX}

*/s/ James J. Harrington, IV*
James J. Harrington, IV (P65351)

*/s/ John G. Fedynsky (with permission, approved as to form only)*
John G. Fedynsky (P65232)

*/s/ Michael M. Muller (with permission)*
Michael M. Muller (P38070)


DATED: November 3, 2017