# EXHIBIT A



| Office of the Wayne County Medical Examiner | M.E. Case No. |
|---|---|
| 1300 East Warren Avenue | 17-10131 |
| Detroit, Michigan 48207 | Police File No. |
| **Case Registration Summary** | 8/26/2017 |

**Additional Case Comments:**
8-27-2017  Harvel

Per Detective Lieutenant Neil Donohue, MSP, ███████, place a hold on the decedent's body until it is reviewed on 8-28-17, for further investigation.
The officer wants to know if there is any sign of the decedent being tased?

A Tech Donovan Hardison confirmed there was evidence of tasering on the body and was collected.

Hold released.

Name of person attending autopsy:                        Agency:


Barbara Washington