# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

MONIQUE GRIMES, as Personal
Representative of the Estate of
DAMON GRIMES, Deceased,

    Plaintiff,

v

TROOPER MARK BESSNER and
TROOPER ETHAN BERGER,

    Defendants.

Case No. 17-cv-12860
Hon. Gershwin A. Drain
*consolidated with*
Case No. 17-cv-13580

| | |
|---|---|
| GEOFFREY N. FIEGER (P30441)<br>JAMES J. HARRINGTON, IV (P65351)<br>GINA U. PUZZUOLI (P37992)<br>Fieger, Fieger, Kenney & Harrington, P.C.<br>Attorneys for Plaintiff<br>19390 West 10 Mile Road<br>Southfield, MI 48075<br>(248) 355-5555 | MARK E. DONNELLY (P39281)<br>JOSEPH T. FROEHLICH (P71887)<br>JOHN F. FEDYNSKY (P65232)<br>Assistant Attorneys General<br>Attorneys for Trooper Ethan Berger<br>Civil Litigation, Employment &<br>Elections Division<br>P.O. Box 30736<br>Lansing, MI  48909<br>(517) 373-6434 |

## INDEX OF EXHIBITS TO PLAINTIFF'S MOTION FOR LEAVE TO FILE A SECOND AMENDED COMPLAINT

| Exhibit | Description |
|---|---|
| A | Plaintiff's Proposed Second Amended Complaint |

                                Respectfully submitted,

|  |  |
|---|---|
|  | */s/ Geoffrey N. Fieger* _____<br>GEOFFREY N. FIEGER (P30441)<br>JAMES J. HARRINGTON IV (P65351)<br>GINA U. PUZZUOLI (P37992)<br>Fieger, Fieger, Kenney & Harrington PC |
| Dated:  May 15, 2018 | Attorneys for Plaintiff |

## CERTIFICATE OF SERVICE

I hereby certify that on May 15, 2018, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to all participating attorneys.

                          /s/: Samantha M. Teal
              **Legal Assistant to Geoffrey N. Fieger**