*Monique Grimes* v. *Mark Bessner, et al.*
USDC-E.D. of Mich. No. 2:17-cv-12860

# INDEX OF EXHIBITS

Exhibit 1................................................*Email Correspondence*

Exhibit 2................................................*May 4, 2018 Letter*