*Monique Grimes* v. *Mark Bessner, et al.*
USDC-E.D. of Mich. No. 2:17-cv-12860

# EXHIBIT 1

# Email Correspondence

**Fedynsky, John (AG)**

| | |
|---|---|
| **From:** | Fedynsky, John (AG) |
| **Sent:** | Wednesday, May 2, 2018 3:53 PM |
| **To:** | 'Ethan Berger' |
| **Cc:** | Donnelly, Mark (AG) |
| **Subject:** | Grimes - motion to withdraw |
| **Attachments:** | Grimes.MotiontoWithdraw.5-2-18.pdf |

Ethan,

Per my earlier message, I am sending you a copy of the motion to withdraw that was filed today.

Thanks for your attention to this matter.

Sincerely,

John Fedynsky
Assistant Attorney General
Civil Litigation, Employment & Elections Division
525 W. Ottawa Street
P.O. Box 30736
Lansing, MI 48909
517.373.6434
517.373.2454 (fax)

Confidentiality Notice: This message, including any attachments, is intended solely for the use of the named recipient(s) and may contain confidential and/or privileged information. Any unauthorized review, use, disclosure, or distribution of any confidential and/or privileged information contained in this e-mail is expressly prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy any and all copies of the original message.

**Fedynsky, John (AG)**

| | |
|---|---|
| From: | Ethan Berger |
| Sent: | Thursday, May 17, 2018 6:32 PM |
| To: | Fedynsky, John (AG) |
| Subject: | Re: Grimes - motion for leave to file amended complaint, response to motion to withdraw (Attorney-Client Privilege) |

Ok, I received. I will scan the subpoena Monday when I get it

Sent from my iPhone

On May 17, 2018, at 3:32 PM, Fedynsky, John (AG) <FedynskyJ@michigan.gov> wrote:

> Ethan,
>
> I am sending you copies of (1) Plaintiff's motion for leave to file a second amended complaint and (2) Plaintiff's response to the motion to withdraw. #1 asks to add claims against you and Bessner, and to bring new claims against Jacob Liss.
>
> I'd appreciate a quick response confirming you received this message, thanks.
>
> John
> <Grimes Mot for Leave.pdf>
> <ResponsetoMotiontoWithdraw.pdf>

1

**Fedynsky, John (AG)**

| | |
|---|---|
| **From:** | Fedynsky, John (AG) |
| **Sent:** | Friday, May 4, 2018 9:24 AM |
| **To:** | 'Ethan Berger' |
| **Cc:** | Donnelly, Mark (AG) |
| **Subject:** | signature page, notice of hearing (Attorney-Client Privilege) |
| **Attachments:** | Grimes.NoticeofHrg.MotiontoWithdraw.6-5-18.pdf |

Hi Ethan – ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

Also, Judge Gershwin Drain set a hearing date for the motion to withdraw – **11:00 a.m. on Tuesday, June 5, 2018 at the federal courthouse in downtown Detroit.** I've attached the notice. You should plan to attend the hearing. I will let you know if that changes. We're also sending a copy of the hearing notice to Larry Schneider, general counsel of the troopers' union, and encouraging him to attend.

As mentioned in the motion I sent to you, on May 22, 2018, MSP and my office are participating in an early facilitation/settlement conference for this case. You do not need to attend that.

Thanks,
John