UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MONIQUE GRIMES, as Personal
Representative of the Estate of
Damon Grimes, deceased,

    Plaintiff,

v.

TROOPER MARK BESSNER,
TROOPER ETHAN BERGER,
and SGT. JACOB LISS,

    Defendants.

No. 2:17-cv-12860

HON. GERSHWIN A. DRAIN

*consolidated with*
Case No. 17-cv-13580

---

| | |
|---|---|
| Geoffrey N. Fieger (P30441) | Mark E. Donnelly (P39281) |
| James J. Harrington IV (P65351) | John G. Fedynsky (P65232) |
| Gina U. Puzzuoli (P37992) | Assistant Attorneys General |
| Danielle L. Dezbor (P79488) | Attorneys for Defendants Ethan |
| Fieger, Fieger, Kenney & | Berger and Jacob Liss |
| Harrington, P.C. | Complex Litigation Division |
| Attorneys for Plaintiff | P.O. Box 30736 |
| 19390 West 10 Mile Road | Lansing, MI 48909 |
| Southfield, MI 48075 | 517.335.3055 |
| 248.355.5555 | |

---

## DEFENDANTS BERGER AND LISS'S
## LAY AND EXPERT WITNESS LIST

Pursuant to the Court's September 20, 2018 amended scheduling order, Defendants Ethan Berger and Jacob Liss, by counsel, state the following as their witness list:

Plaintiff Monique Grimes and any other putative members of the Estate of Damon Grimes.

Defendant Ethan Berger

Defendant Jacob Liss

Defendant Mark Bessner

Family members, friends, and neighbors of Damon Grimes, including but not limited to the following:
    Steve Cajar
    Duane Campbell
    DQoune Grant
    Destiny Grimes
    Dezanique Grimes
    Dezjanai Grimes
    Sierra Hall
    John Hughes
    Charnasia Jones
    MoToya Jones
    Terronica Logan
    Ameia McBride
    Shyrel Denise Powell
    Shakirah Sims
    Gail Wiley

Agents and employees of Michigan Collegiate Middle and High School, including but not limited to the following:
    Mrs. Fodder
    Vergil Smith
    Mrs. Walter
    Russell Woodruff

Agents and employees of the Michigan State Police, including but not limited to the following:
    Jeff Amley
    Shannon Banner

John Beafore
Angela Bean
Nicole Bock
Matt Bolger
Marc Bonneau
Jeremy Brewer
Joseph Brodeur
Lt. Brown
James Bundshuh
Rebecca Carcone Cook
Beth Clark
Sgt. Corriveau
Roger Craig
Jeremy Cupp
Capt. Decker
Thomas Declercq
James Deline
Diondre Doaks
Neil Donohue
Jordan Enders
Jeff Frasier
Charlene Gilbert Warner
Mark Goff
Donovan Harden
Angela Hunt
Roger Hunt
Dave Jeffries
Brennen Kelly
Michael Klenner
Chris Kurish
Rebecca MacArthur
Brandon Maletta
Dan Martin
Michael McCarthy
Insp. Menna
Jonathan Meyer
Jeffrey Meyers
Greg Morenka

    Jay Morningstar
    Kevin Lucidi
    Juiwana Pickett
    Jeff Polny
    Michelle Ponschke
    Todd Poppema
    Denise Powell
    Nolan Pryzbello
    Fahad Qureshi
    Amanda Roberts
    Even Rzeppa
    Richard Sanchez
    Kristy Sekedat
    Rick Sekely
    Barry Schrader
    Michael Shaw
    Mike Sherry
    Scott Singleton
    Dave Skeans
    James Smiley
    Lisa Smith
    Sgt. Sullivan
    Karl Suni
    Kathaleen Szczegielniak
    Tpr. Terry
    Matthew Unterbrink
    Tracey Walton
    Casey Wyzlik
    James Young
    Michael Zarate
    Greg Zarotney

Agents and employees of the Detroit Police Department, including but not limited to the following:
    Hamad Abed
    Lawrence Addison
    Regina Allen
    Cameron Boersma

    Joseph Borkowski
    Kimberly Buckner
    Joshua Davis
    Marc DeLuca
    J. Drake
    Todd Ebby
    Owen Hall
    Nicholas Haupt
    Enrique Jackson
    Sgt. Piel
    Dejonte Rice
    Jamar Rickett
    Emily Stephenson
    Lance Sullivan
    Sequoia Turner
    Aubrey Wade
    Paul Warner
    Jalen Williams
    Calvin Wilson
    L. Wilson
    Daran Zhoud

Agents and employees of EMS, Detroit Fire Department, or any other persons who responded to the scene of the incident, including but not limited to the following:
    Jamal Carver

Agents and employees of any dispatching authority involved in this case, including but not limited to the following:
    Dispatcher Haynesworth
    Dispatcher Kenyon
    Dispatcher McDaniels

Agents and employees of the Office of Wayne County Prosecutor, including but not limited to the following:
    Robert Donalson
    Maria Miller
    Matthew Penney

    Sara Young

Agents and employees of the Wayne County Medical Examiner, including but not limited to the following:
    Sarah Avedschmidt
    Anna Harris Holmes
    Dr. El-Shazly
    Reginald Harvel
    Jerrail Mantiv
    David Moons
    Carl J. Schmidt

Any forensic toxicologist involved in this case, including but not limited to the following:
    Daniel S. Isenschmid

Agents and employees of St. John Hospital, including but not limited to the following:
    Deborah Crall
    Jennifer Destross
    Dr. Janka
    S. Jethzu
    Stacy Jutzy
    Samuel Sanders
    Amrita Manasa Vempati

Agents and employees of AXON Enterprise/Taser International, including but not limited to the following:
    Bryan Chiles

Agents and employees of Full Throttle Sports, including but not limited to the following:
    Chad Cook
    Doug Sandberg

Agents and employees of Area Towing, including but not limited to the following:
    Dan Darga

Agents and employees of Embassy Coney Island, including but not limited to the following:
    Jose Merditaj

Agents and employees of Canfield Equipment Service, including but not limited to the following:
    Nate Gibson

Agents and employees of Children's Advocacy Center, including but not limited to the following:
    Cynthia R. Stockard

Agents and employees of Compassion Funeral Home, including but not limited to the following:
    Bishop Ruffin

Employees, adjusters, or agents of any insurance company that responded to a claim arising out of this case.

Any witness referred to in the investigatory materials.

Any witness identified in criminal proceedings related to this case.

Any individual who may have been involved in any investigation related to this case.

Any individual who provided medical care or other treatment to Damon Grimes.

Any family member, neighbor, or friend of Damon Grimes who may be a witness.

Any individual who may have personal knowledge of Plaintiff's claims of economic and non-economic damages. These individuals may include Plaintiffs' family members, friends, doctors and other healthcare professionals who may have treated him, counselors and other mental

healthcare professionals who may have treated him, neighbors, financial advisors, employees, clients, and others.

Any witness identified on another party's witness lists, whether called at trial or not.

Experts to be named and retained, including but not limited to the following areas of expertise:
    Audio and Video
    Childhood Development
    Criminology/Police Practices/Procedures/Use of Force:
        Daniel Kennedy, PhD
    Crash Reconstruction
    Damages/Economics:
        Frank Stafford, PhD
    Engineering/Mechanical
    Medical Experts
    Pathology
    Psychology

Witnesses that may be ascertained through discovery or investigation.

All necessary records custodians and witnesses who can provide testimony to authenticate and admit exhibits, including but not limited to agents and employees of the following:
    AT&T
    Area Towing
    AXON Corporation/Taser International
    Canfield Equipment Company
    Compassion Funeral Home
    Detroit Police Department
    Fisheye Camera
    Full Throttle Sports
    Internal Revenue Service
    Medicare/Medicare
    Michigan Collegiate Middle and High School
    Michigan Department of Attorney General
    Michigan Department of State Police

      Michigan Department of Treasury
      Michigan State Police Troopers' Association
      Office of Wayne County Prosecutor
      Social Security Administration
      Sprint
      St. John Hospital and Medical Center
      State of Michigan
      T-Mobile
      Verizon
      Wayne County District and Circuit Courts
      Wayne County Medical Examiner

Any Rule 30(b)(6) witnesses identified in this case.

Any rebuttal witnesses.

Defendants reserve the right to amend and/or supplement this list.

                                            Respectfully submitted,

                                            BILL SCHUETTE
                                            Attorney General


                                            */s/ John G. Fedynsky*
                                            John G. Fedynsky (P65232)
                                            Assistant Attorney General
                                            Attorney for Defendants Berger
                                            and Liss
                                            Complex Litigation Division
                                            P.O. Box 30736
                                            Lansing, MI 48909
                                            (517) 335-3055
Dated: December 18, 2018           fedynskyj@michigan.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 18th day of December, 2018, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such.

*/s/John G. Fedynsky*
John G. Fedynsky
Assistant Attorney General
Attorney for Defendants Berger
and Liss
