UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MONIQUE GRIMES, as Personal
Representative of the Estate of
DAMON GRIMES, Deceased,

    Plaintiff,

v

TROOPER MARK BESSNER,
TROOPER ETHAN BERGER, and
SGT. JACOB LISS,

    Defendants.

Case No. 17-cv-12860
Hon. Gershwin A. Drain
   *consolidated with*
Case No. 17-cv-13580

| | |
|---|---|
| GEOFFREY N. FIEGER (P30441) | MARK E. DONNELLY (P39281) |
| JAMES J. HARRINGTON, IV (P65351) | JOHN F. FEDYNSKY (P65232) |
| GINA U. PUZZUOLI (P37992) | Assistant Attorneys General |
| Fieger, Fieger, Kenney & Harrington, P.C. | Attorneys for Defendants |
| Attorneys for Plaintiff | Civil Litigation, Employment & |
| 19390 West 10 Mile Road | Elections Division |
| Southfield, MI 48075 | P.O. Box 30736 |
| (248) 355-5555 | Lansing, MI  48909 |
| | (517) 373-6434 |

## PLAINTIFF'S SUPPLEMENTAL WITNESS LIST

NOW COMES Plaintiff, MONIQUE GRIMES, AS PERSONAL REPRESENTATIVE OF THE ESTATE OF DAMON GRIMES, by and through her attorneys, FIEGER, FIEGER, KENNEY & HARRINGTON, P.C., and for her Supplemental Witness List, hereby states as follows:

    1.    Thomas Green (Potential Expert – Accident Reconstruction)

2. John Wiechel, Ph.D. (Potential Expert – Accident Reconstruction)

3. Timothy Abbo (Potential Expert – Accident Reconstruction)

4. Kevin A. Rider, P.D., P.E. (Potential Expert – Human Factors/Conspicuity) Potential

5. Bradley T. Cook, P.E. (Potential Expert – Human Factors/Conspicuity)

6. Robert Pachella (Potential Expert – Human Factors/Conspicuity)

7. Donald J. Decker, CCP (Potential Expert – Crime Scene Analysis/Investigation)

8. Charles P. Stephenson (Potential Expert – Crime Scene Analysis/Investigation)

9. Gregg Stutchman (Potential Expert – Crime Scene Analysis/Investigation)

10. R. Paul McCauley (Potential Expert – Forensic Criminology)

11. Betty Klein, M.D. (Potential Expert – Ophthalmology/Field of Vision)

12. Andrew Calman, M.D. (Potential Expert – Ophthalmology/Field of Vision)

13. E. George Rosinelli, Jr., M.D. (Potential Expert – Ophthalmology/Field of Vision)

Plaintiff continues to reserve the right to supplement and/or amend this Witness List as needed through the time of trial.

Respectfully Submitted,

*/s/James J. Harrington, IV*
GEOFFREY N. FIEGER (P30441)
JAMES J. HARRINGTON, IV (P65351)
GINA U. PUZZUOLI (P37992)
Fieger, Fieger, Kenney & Harrington, P.C
Attorneys for Plaintiff
19390 West 10 Mile Road
Southfield, MI 48075
(248) 355-5555

Dated:  December 18, 2018

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 18, 2018, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to all participating attorneys.

*/s/James J. Harrington, IV*
