UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MONIQUE GRIMES, as Personal
Representative of the Estate of
DAMON GRIMES, Deceased,

    Plaintiff,

v

TROOPER MARK BESSNER,
TROOPER ETHAN BERGER, and
SGT. JACOB LISS,

    Defendants.

Case No. 17-cv-12860
Hon. Gershwin A. Drain
*consolidated with*
Case No. 17-cv-13580

---

| | |
|---|---|
| GEOFFREY N. FIEGER (P30441) <br> JAMES J. HARRINGTON, IV (P65351) <br> GINA U. PUZZUOLI (P37992) <br> Fieger, Fieger, Kenney & Harrington, P.C. <br> Attorneys for Plaintiff <br> 19390 West 10 Mile Road <br> Southfield, MI 48075 <br> (248) 355-5555 | MARK E. DONNELLY (P39281) <br> JOHN F. FEDYNSKY (P65232) <br> Assistant Attorneys General <br> Attorneys for Defendants <br> Civil Litigation, Employment & <br> Elections Division <br> P.O. Box 30736 <br> Lansing, MI 48909 <br> (517) 373-6434 |

## PLAINTIFF'S SECOND SUPPLEMENTAL WITNESS LIST

NOW COMES Plaintiff, MONIQUE GRIMES, AS PERSONAL REPRESENTATIVE OF THE ESTATE OF DAMON GRIMES, by and through her attorneys, FIEGER, FIEGER, KENNEY & HARRINGTON, P.C., and for her Second Supplemental Witness List, hereby states as follows:

    1.    Lieutenant Twana Powell (MSP Internal Affairs)

Plaintiff continues to reserve the right to supplement and/or amend this Witness List as needed through the time of trial.

{00668173.DOCX}

Respectfully Submitted,

_/s/James J. Harrington, IV_
GEOFFREY N. FIEGER (P30441)
JAMES J. HARRINGTON, IV (P65351)
GINA U. PUZZUOLI (P37992)
Fieger, Fieger, Kenney & Harrington, P.C
Attorneys for Plaintiff
19390 West 10 Mile Road
Southfield, MI 48075
(248) 355-5555

Dated: January 8, 2019

## CERTIFICATE OF SERVICE

I hereby certify that on January 8, 2019, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to all participating attorneys.

_/s/James J. Harrington, IV_