## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

MONIQUE GRIMES, as Personal Representative
of the Estate of DAMON GRIMES, Deceased,

    Plaintiff,

v

TROOPER MARK BESSNER,
TROOPER ETHAN BERGER, and
SGT JACOB LISS,

    Defendants.

Case No. 17-cv-12860
Hon. Gershwin A. Drain
*consolidated with*
Case No. 17-cv-13580

| | |
|---|---|
| GEOFFREY N. FIEGER (P30441)<br>JAMES J. HARRINGTON, IV (P65351)<br>Fieger, Fieger, Kenney & Harrington, P.C.<br>Attorneys for Plaintiff<br>19390 West 10 Mile Road<br>Southfield, MI 48075<br>(248) 355-5555 | MARK E. DONNELLY (P39281)<br>JOHN F. FEDYNSKY (P65232)<br>Assistant Attorneys General<br>Attorneys for Berger &   Liss<br>Civil Litigation, Employment &<br>Elections Division<br>P.O. Box 30736<br>Lansing, MI 48909<br>(517) 373-6434 |

## INDEX OF EXHIBITS TO PLAINTIFF'S MOTION FOR SANCTIONS FOR SPOLIATION OF EVIDENCE

1. August 30, 2017 Preservation Letter;

2. August 31, 2017 Preservation Letter;

3. Green Cards from Preservation Letters directed to Michigan State Police;

4. Arbitrary Notice of Inspection;

5. Email from John Fedynsky; and

6	Deposition of Ethan Berger.

                Respectfully submitted,

                */s/ James J. Harrington, IV*
                GEOFFREY N. FIEGER (P30441)
                JAMES J. HARRINGTON IV (P65351)
                Fieger, Fieger, Kenney & Harrington, P.C.
                Attorneys for Plaintiff
                19390 West Ten Mile Road
                Southfield, MI 48075
Dated:  May 21, 2019      (248) 355-5555

## CERTIFICATE OF SERVICE

I hereby certify that on May 21, 2019, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to all participating attorneys.

                /s/: Samantha M. Teal
          **Legal Assistant to Geoffrey N. Fieger**