# EXHIBIT 4

## FIEGER, FIEGER, KENNEY & HARRINGTON
A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS AT LAW SINCE 1950
19390 WEST TEN MILE ROAD
SOUTHFIELD, MICHIGAN 48075-2463
TELEPHONE (248) 355-5555
FAX (248) 355-5148
WEBSITE: www.fiegerlaw.com
e-mail: info@fiegerlaw.com

BERNARD J. FIEGER (1922-1988)
MI AND NY BAR
GEOFFREY NELS FIEGER
MI, FL AND AZ BAR
JEREMIAH JOSEPH KENNEY
MI AND OH BAR    (1949-2005)
JAMES J. HARRINGTON, IV

HELEN K. JOYNER
JAMES S. CRAIG
CHRISTIAN P. COLLIS
DAVID A. DWORETSKY
APRIL N. NASON
TODD J. WEGLARZ
JAMES R. MCCULLEN
MELANIE J. DUDA
DANIELLE L. DEZBOR
MICHAEL D. RUSSELL
NORA Y. HANNA
MARC S. BERLIN
KIMBERLY A. SUZOR
MICHAELENE E. SOWINSKI
GINA U. PUZZUOLI
GREGORY W. WIX
MI AND CA BAR
DONALD H. DAWSON, JR.
MI AND TX BAR
SHELDON M. ADELSON
KEVIN C. RIDDLE
POLINA MILMAN
MILICA FILIPOVIĆ

*Appellate Department*
SIMA G. PATEL
MI AND CO BAR
STEPHANIE L. ARNDT

*Of Counsel*
BARRY FAYNE
JACK BEAM
ROBERT P. ROTH

TAMMY J. REISS (1960-2006)

April 15, 2019

**VIA. EMAIL & US MAIL**
John F. Fedynsky, Eq.
Assistant Attorney General
P.O. Box 30736
Lansing, MI 48909

    **RE:**    **Monique Grimes, as Personal Representative of the Estate of Damon Grimes, Deceased v Trooper Mark Bessner, et al.**
             **USDC Case No. 17-cv-12860**
             **Our File No: 17832**

Dear Mr. Fedynsky:

Enclosed please find an Arbitrary Notice of Inspection in regards to this matter. Upon receipt of this correspondence, please have your office contact Samantha Teal, at s.teal@fiegerlaw.com to coordinate a mutually convenient date and time for this inspection.

Please contact me if you have any questions or concerns. Thank you for your attention to this matter.

Very truly yours,

James J. Harrington, IV

JJH/smt
Enclosure

{00693449.DOCX}

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MONIQUE GRIMES, as Personal Representative
of the Estate of DAMON GRIMES, Deceased,

    Plaintiff,

v

TROOPER MARK BESSNER,
TROOPER ETHAN BERGER, and
SGT JACOB LISS,

    Defendants.

Case No. 17-cv-12860
Hon. Gershwin A. Drain
*consolidated with*
Case No. 17-cv-13580

| | |
|---|---|
| GEOFFREY N. FIEGER (P30441) <br> JAMES J. HARRINGTON, IV (P65351) <br> Fieger, Fieger, Kenney & Harrington, P.C <br> Attorneys for Plaintiff <br> 19390 West 10 Mile Road <br> Southfield, MI 48075 <br> (248) 355-5555 | MARK E. DONNELLY (P39281) <br> JOHN F. FEDYNSKY (P65232) <br> Assistant Attorneys General <br> Attorneys for Defendants, Berger & Liss <br> Civil Litigation, Employment & <br> Elections Division <br> P.O. Box 30736 <br> Lansing, MI 48909 <br> (517) 373-6434 |

## ARBITRARY NOTICE OF INSPECTION

TO:    Counsel of Record;

Please take notice that Plaintiff MONIQUE GRIMES, as Personal Representative of the Estate of DAMON GRIMES, Deceased, by and through counsel, FIEGER, FIEGER, KENNEY & HARRINGTON, P.C., hereby requests that the 2016 F150 truck, VIN 1FTPX14V69FB33670, bearing the license plate number BNT3248, the 2016 QIYE, 4-Wheel All Terrain Vehicle, VIN L6ZSCKLA8G1004041, and the Patrol Car VIN 2C3CDXKT2HH579490, bearing the license plate number 2241, involved in the incident of August 26, 2017 in City of Detroit, Wayne County, Michigan, which is the subject of this litigation, be made available for inspection, **at a location and date to be**

{00693459.DOCX}

2

**determined by parties.** This inspection is to be taken in accordance with Federal Rules of Civil Procedure.

Respectfully Submitted,

/s/James J. Harrington, IV
GEOFFREY N. FIEGER (P30441)
JAMES J. HARRINGTON, IV (P65351)
Fieger, Fieger, Kenney & Harrington, P.C.
Attorneys for Plaintiff

DATE: April 15, 2019

---

**PROOF OF SERVICE**
The undersigned hereby certifies that she served a copy of the foregoing upon all attorneys of record at their respective business addresses as disclosed by the pleadings of record herein on this 15th day of April 2019.
X US Mail    Hand Delivered    ___ UPS    ___ Other
X Email    ___ ECF ___ Federal Express    ___ Facsimile

/s/: Samantha M. Teal
**Legal Assistant to Geoffrey N. Fieger**