UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| MONIQUE GRIMES, as Personal Representative of the Estate of Damon Grimes, deceased<br><br>  Plaintiff,<br><br>v<br><br>TROOPER MARK BESSNER, TROOPER ETHAN BERGER, and SGT. JACOB LISS,<br><br>  Defendants. | No. 2:17-cv-12860<br><br>*consolidated with*<br><br>Case No. 17-cv-13580<br><br>HON. GERSHWIN A. DRAIN<br><br>MAG. ELIZABETH A. STAFFORD |

| | |
|---|---|
| Geoffrey N. Fieger (P30441)<br>James J. Harrington IV (P65351)<br>Danielle L. Dezbor (P79488)<br>Stephanie L. Arndt (P66870)<br>Fieger, Fieger, Kenney & Harrington, P.C.<br>Attorneys for Plaintiff<br>19390 W. 10 Mile Road<br>Southfield, MI 48075<br>(248) 355-5555<br>g.fieger@fiegerlaw.com<br>j.harrington@fiegerlaw.com<br>d.dezbor@fiegerlaw.com<br>s.arndt@fiegerlaw.com | John G. Fedynsky (P65232)<br>Mark E. Donnelly (P39281)<br>Joseph T. Froehlich (P71887)<br>Assistant Attorneys General<br>Attorneys for Defs. Berger and Liss<br>Michigan Dep't of Attorney General<br>State Operations Division<br>P.O. Box 30754<br>Lansing, MI 48909<br>(517) 335-7573<br>fedynskyj@michigan.gov<br>donnellym@michigan.gov<br>froehlichj1@michigan.gov |

## INDEX OF EXHIBITS

# INDEX OF EXHIBITS

| Exhibit | Description |
|---|---|
| 1 | Excerpts of Ethan Berger's deposition transcript (pp 23, 27-28, 30-31, 35, 38-40, 43, 54, 107, 136-142) |
| 2 | MSP dashboard video (to be filed in the traditional manner) |
| 3 | Excerpts of Jacob Liss's deposition transcript (pp 17, 25, 42, 51-52, 55-58, 62-65) |
| 4 | Excerpts of Thomas DeClercq's deposition transcript (pp 9, 17-19, 27) |
| 5 | Excerpts of Mark Bessner's criminal trial transcript (pp 18-20) |