UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| MONIQUE GRIMES, as Personal Representative of the Estate of Damon Grimes, deceased<br><br>    Plaintiff,<br><br>v<br><br>TROOPER MARK BESSNER, TROOPER ETHAN BERGER, and SGT. JACOB LISS,<br><br>    Defendants. | No. 2:17-cv-12860<br><br>*consolidated with*<br><br>Case No. 17-cv-13580<br><br>HON. GERSHWIN A. DRAIN<br><br>MAG. ELIZABETH A. STAFFORD |

| | |
|---|---|
| Geoffrey N. Fieger (P30441)<br>James J. Harrington IV (P65351)<br>Danielle L. Dezbor (P79488)<br>Stephanie L. Arndt (P66870)<br>Fieger, Fieger, Kenney & Harrington, P.C.<br>Attorneys for Plaintiff<br>19390 W. 10 Mile Road<br>Southfield, MI 48075<br>(248) 355-5555<br>g.fieger@fiegerlaw.com<br>j.harrington@fiegerlaw.com<br>d.dezbor@fiegerlaw.com<br>s.arndt@fiegerlaw.com | John G. Fedynsky (P65232)<br>Mark E. Donnelly (P39281)<br>Joseph T. Froehlich (P71887)<br>Assistant Attorneys General<br>Attorneys for Defs. Berger and Liss<br>Michigan Dep't of Attorney General<br>State Operations Division<br>P.O. Box 30754<br>Lansing, MI 48909<br>(517) 335-7573<br>fedynskyj@michigan.gov<br>donnellym@michigan.gov<br>froehlichj1@michigan.gov |

## Exhibit 2

MSP In-Car Video (to be filed in traditional manner)

