UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MONIQUE GRIMES, as Personal Representative of the Estate of Damon Grimes, deceased

    Plaintiff,

v

TROOPER MARK BESSNER, TROOPER ETHAN BERGER, and SGT. JACOB LISS,

    Defendants.

No. 2:17-cv-12860

*consolidated with*

Case No. 17-cv-13580

HON. GERSHWIN A. DRAIN

MAG. ELIZABETH A. STAFFORD

---

Geoffrey N. Fieger (P30441)
James J. Harrington IV (P65351)
Danielle L. Dezbor (P79488)
Stephanie L. Arndt (P66870)
Fieger, Fieger, Kenney & Harrington, P.C.
Attorneys for Plaintiff
19390 W. 10 Mile Road
Southfield, MI 48075
(248) 355-5555
g.fieger@fiegerlaw.com
j.harrington@fiegerlaw.com
d.dezbor@fiegerlaw.com
s.arndt@fiegerlaw.com

John G. Fedynsky (P65232)
Mark E. Donnelly (P39281)
Joseph T. Froehlich (P71887)
Assistant Attorneys General
Attorneys for Defs. Berger and Liss
Michigan Dep't of Attorney General
State Operations Division
P.O. Box 30754
Lansing, MI 48909
(517) 335-7573
fedynskyj@michigan.gov
donnellym@michigan.gov
froehlichj1@michigan.gov

---

## Index of Exhibits

| Exhibit | Description |
| --- | --- |
| 1 | Email correspondence of November 18, 2019 |

2

| | |
|---|---|
| 2 | Fee Schedule of W. Ken Katsaris |
| 3 | Fee Schedule of Gerald Shiener |
| 4 | Fee Schedule of Werner Spitz, M.D. |
| 5 | Fee Schedule of Michael Thomson |
| 6 | Email correspondence of November 20, 2019 |
| 7 | *Alvarado v. Oakland County*, E.D. Mich. No. 09-1431 (Jan. 26, 2011) (available at 2011 WL 282683) |