# EXHIBIT A

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MONIQUE GRIMES, as Personal
Representative of the Estate of
Damon Grimes, deceased,

    Plaintiff,

v.

TROOPER MARK BESSNER,
TROOPER ETHAN BERGER, and
SGT. JACOB LISS,

    Defendants.

No. 2:17-cv-12860

HON. GERSHWIN A. DRAIN

*consolidated with*
Case No. 17-cv-13580

---

| | |
|---|---|
| Geoffrey N. Fieger (P30441) | Mark E. Donnelly (P39281) |
| James J. Harrington IV (P65351) | John G. Fedynsky (P65232) |
| Fieger, Fieger, Kenney & | Assistant Attorneys General |
| Harrington, P.C. | Attorneys for Defendants Ethan |
| Attorneys for Plaintiff | Berger and Jacob Liss |
| 19390 West 10 Mile Road | State Operations Division |
| Southfield, MI 48075 | Lansing, MI 48909 |
| 248.355.5555 | 517.335.7573 |

---

### ORDER APPROVING WRONGFUL DEATH SETTLEMENT AND AUTHORIZE DISTRIBUTION OF SETTLEMENT PROCEEDS

    This matter having previously come before the Court on Plaintiff's Motion to Approve Wrongful Death settlement and Authorize Distribution of Settlement Proceeds, pursuant to MCL 600.2922 for the Estate of Damon

{00820237.DOCX}      1

Grimes, the Court having approved this Settlement as it is in the best interest of all parties and the Court being otherwise fully advised on the premises;

**IT IS HEREBY ORDERED** that the settlement of **$12,000,000.00** proposed by the parties, shall be paid by Defendants' is approved after this Court having found that this settlement is in the best interests of the Estate.

**IT IS HEREBY ORDERED** that Plaintiff's Motion to Approve Settlement and Authorize Distribution of Settlement Proceeds Pursuant to MCL 600.2922 for the Estate of Damon Grimes, is **GRANTED**.

**IT IS FURTHER ORDERED** that the settlement proceeds of the above-cited settlement shall be distributed as follows:

  a. $132,369.85 payable to Fieger, Fieger, Kenney & Harrington, PC, said sum representing the costs and expenses incurred and expended in pursuing this matter;

  b. $3,922,543.38 payable to Fieger, Fieger, Kenney & Harrington, PC, as set forth and agreed to in the terms of the executed contingency fee agreement between Fieger, Fieger, Kenney & Harrington, PC and Plaintiff;

  c. $12,000.00 payable to Howard Linden for time and services spent on the probate appointment;

  d. $100,000.00 to be held in Plaintiff's counsel's client trust account for 30 days to pay any outstanding costs, including but not limited to outstanding costs not yet billed, the balance, reduced

by one-third attorney fee, to be paid to the Estate of Damon Grimes[1]; and

e. The balance of the net proceeds of $7,833,086.77 will be distributed as follows:

i. **Monique Grimes (Mother)**     $7,333,086.77[2]

ii. **Dezjanai Grimes (Sister)**     $250,000.00

iii. **Dezanique Grimes (Sister)**     $250,000.00

iv. **Brittany Winfield (half-sister)**     $0.00

**IT IS FURTHER ORDERED** that no amount shall be awarded for any conscious pain and suffering of the Decedent, and that all funeral and burial and medical expenses have been paid.

**IT IS SO ORDERED**

Dated: _____     _____
                                                               HON. GERSHWIN A. DRAIN
                                                                U.S. District Court Judge

---

[1] The balance of the future costs after the thirty-day expiration will be paid directly to Monique Grimes.

[2] Monique Grimes will be receiving $1,000,000.00 up-front and the balance will be placed into a structured settlement to be presented to the Court prior to the hearing on Plaintiff's Motion to Approve Settlement and Distribution of Settlement Proceeds.